John Justinich, appellee, v. Mrs. K. M. Smith, appellant.    Gen. No. 27,200.
Action of forcible detainer.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding.    Heard in the Branch Appellate Court at the October term, 1921.    Affirmed.    Opinion filed July 11, 1922.
W. N. Horner, for appellant.    Tatge & Tatge, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

Albert H. Sporleder, appellee, v. Joseph Arenson, appellant.    Gen. No. 27,210.
Action on a promissory note.    Judgment by confession entered and subsequently opened for defense.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding.    Heard in the Branch Appellate Court at the October term, 1921.    Affirmed.    Opinion filed July 11, 1922.
Israel Cowen, for appellant.    Rathje, Wesemann, Hinckley & Barnard, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

Helen Psimoulis, appellee, v. Tom Sarantopoulos et al., trading as E. Frank & Company, appellants.    Gen. No. 27,231.
Action of forcible detainer.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding.    Heard in the Branch Appellate Court at the October term, 1921.    Reversed and remanded.    Opinion filed July 11, 1922.
McInerney & Power, for appellants.    Rudolph Frankenstein and John J. Lupe, for appellee; Rudolph Frankenstein, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

---

Sutton Manufacturing Company, appellee, v. Beltine Chemical & Manufacturing Company, appellant.    Gen. No. 27,258.
Action in contract for a balance due on account of goods sold and delivered.    Defendant's affidavit of merits stricken and judgment by default entered for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding.    Heard in the Branch Appellate Court at the October term, 1921.    Reversed and remanded.    Opinion filed July 11, 1922.
Thomas M. Whitson, for appellant; Morris K. Levinson, of counsel.
No appearance for appellee.
Mr. Justice Gridley delivered the opinion of the court.